## OHIO SUPREME COURT—Continued

No. 223
CINCINNATI FINANCE CO. v. BOOTH
Error to the Courts of Appeals of Hamilton
County
No. 18366. Filed in the Supreme Court
Feb. 5, 1924. 2 Abs. 131
313. CORPORATIONS—Refusal to transfer stock.

Published Only in Ohio Law Abstract

This action was begun by Booth in the Common Pleas of Hamilton county, who alleged that he was the owner of 60 shares of the stock of the defendant company of the par value of $10.00 each, represented by stock certificates which stood in the name of one "M" on the books of the Company; that Oct. 16, 1922, he duly presented the certificate, properly endorsed, to the Finance Company for transfer and the Company refused to make it. Booth then sued it for conversion of the stock.

Both the Common Pleas and the Court of Appeals held that the refusal to transfer was wrongful. The value of the stock on October 18 was $12.00 per share, on October 21, and for some time thereafter, it was $14.00 per share. At the time of the trial in the Common Pleas, eight months after the refusal to make the transfer, the Finance Company offered to transfer the stock on its books. At this time the stock had depreciated and Booth refused to take it on the ground that his rights were fixed at the time of the refusal to transfer. The trial Court rendered judgment for Booth for one cent nominal damages. Booth then prosecuted error and the Court of Appeals rendered judgment in his favor for the value of the stock at $12.00 per share.

The Finance Company contended that Booth could not maintain an action for conversion because he had possession of the stock certificate and kept it to the time of the trial, an das long as title was in him there could be no conversion by the company.

Booth further maintains that to reverse the Court of Appeals and affirm the Common Pleas would be to deprive him of stock admittedly worth $720.00, for a value of one cent, without further remedy by reason of the principle of res adjudicata.

Attorneys—Herbert E. Ritchie, Cincinnati, for Finance Co ; F. B. McConaughy, Cincinnati, for Booth.

## OHIO LEGAL BLANKS

Deeds of All Kinds
Mortgages
Mechanics Lien Forms
Leases, Contracts
Bankruptcy Blanks
Stock Certificates
Seals
Corporation Records
Stationery and Office Supplies

## OHIO LEGAL BLANK CO.

1271 Ontario St., Cleveland
Main 7777　　　　Cent. 4208W
Send for LIST

# A BIRDSEYE VIEW OF THROCKMORTON

## New General Legal Form Book Cites Ohio Code

### Superb Work Ready. Why You Should Have It :

1. It is linked up closely with current law of Ohio, being issued in 1924.

2. Nothing is safe today that does not give Land Bank, Automobile, Labor Agreements, the law of the last 10 years, including Farm Oil, Gas and Mining.

3. Birdseye gives instructions for execution of wills in all States, including Ohio.

4. In contains Ohio bill of sale form on automobiles, quitclaim deed, chattel mortgage, special warranty deed with release of dower, mortgage and oil or gas lease.

5. Cleveland Garment Workers' agreement and over 200 pages (the biggest space ever devoted) to Labor Contracts.

6. Has 2500 subject headings, 24,000 references, nearly 2400 pages.

You Should Have This Work Because

## IT IS PREVENTIVE LAW

IT MAKES MONEY FOR YOU

IT SAVES MONEY FOR YOUR CLIENTS

Sold by

# W. HOWARD HAYNES

2080 E. 107th STREET　　CLEVELAND, O.
Telephone Garfield 4792-W
"I HELP YOU WIN"

### ORDER HERE

W. Howard Haynes,
Cleveland.

Please send me Birdseye's Abbott's General Legal Form Book, so that I can study Preventive Law in the modern way.

If I like the books I will send you check for $15, within 10 days, or return the books.

Signed _____

Address _____